D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:25-ap-01283-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br>v.<br><br>OATHKEEPER INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | STIPULATION TO EXTEND: (1) DEADLINE TO RESPOND TO COMPLAINT; AND (2) DISCOVERY DEADLINES |

This stipulation ("Stipulation") is entered into by and between plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff"), and defendant, Oathkeeper Inc., a California Corporation ("Defendant"). Plaintiff and Defendant are collectively referred to as the "Parties."

## Recitals

A. On March 20, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

B. Richard A. Marshack (previously defined as "Plaintiff") was the duly-appointed, qualified, and acting Chapter 11 Trustee for the Debtor's bankruptcy estate ("Estate"). Pursuant to

the confirmed Plan, the Trustee now serves as Trustee of the LPG Liquidation Trust, which now owns all of the litigation claims, including the Estate's avoidance actions.

C. On April 9, 2025, in the underlying bankruptcy case ("Main Case"), as Main Case Dk. No. 2382, the Court entered an order extending the deadline for the Trustee to file avoidance actions through and including September 19, 2025.

D. On April 28, 2025, as Main Case Dk. No. 2554, the Court entered its Second Order Granting the Trustee's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings ("Procedures Order"). Pursuant to the Procedures Order, the deadline to complete discovery, including resolution of any discovery motion is currently set for August 27, 2026.

E. On September 17, 2025, Plaintiff filed a Complaint for: (1) Avoidance, Recovery, and Preservation of Actual Fraudulent Transfers [11 U.S.C. §§ 544, 548(a)(1)(A), 550, 551; Cal. Civ. Code §§ 3439.04(a)(1) and 3439.07]; (2) Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers [11 U.S.C. §§ 544, 548(a)(1)(B); 550, 551; Cal. Civ. Code §§ 3439.04(a)(2), 3439.05, and 3439.07]; and (3) Disallowance of Claims Held by Defendant [11 U.S.C. § 502(d)] ("Complaint"). The Complaint was assigned as Adversary Proceeding No. 8:25-ap-01283-SC ("Adv. Case").

F. On September 18, 2025, as Adv. Case Dk. No. 2, the Court issued a summons and notice of status conference. The deadline to file and serve a written response to the Complaint was October 20, 2025.

G. On December 4, 2025, as Dk. No. 6, Plaintiff filed a Notice of Entry of Second Procedures Order.

H. In accordance with FRCP Rule 26 and the Procedures Order at Sections B.iii. and B.iv., Defendant and Plaintiff, through his attorneys Dinsmore Shohl LLP, have engaged in discussions and exchanged information regarding the claims and defenses.

I. From time to time, the Parties have entered into a stipulation to extend deadline for Defendant to answer the Complaint. On May 18, 2026, as Dk. No. 15, the Parties entered into a stipulation to extend deadline for Defendant to answer the Complaint through and including August 1, 2026. On May 19, 2026, as Dk. No. 16, the Court entered an order granting the stipulation.

J. The Parties continue to work on settlement and, as such, agree to further extend the deadline for Defendant to file a response to the Complaint through and including September 30, 2026 and to extend the discovery cut-off.

## Agreement

The Parties agree and STIPULATE as follows:

1. The deadline for Defendant to file a response to the Complaint shall be extended to **September 30, 2026**;

2. The deadline to complete discovery, including resolution of any discovery motion is extended to **February 26, 2027**;

3. The terms and conditions of the Procedures Order shall continue to govern and otherwise remain in full force and effect; and

4. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: July 27, 2026

MARSHACK HAYS WOOD LLP

By: */s/ Chad V. Haes*
CHAD V. HAES
Attorneys for Plaintiff, Richard A. Marshack, Trustee of The LPG Liquidation Trust

DATED: July 29, 2026

By: ______
GARY DEPEW,

as President
for Defendant Oathkeeper, Inc., In Pro Per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND: (1) DEADLINE TO RESPOND TO COMPLAINT; AND (2) DISCOVERY DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 31, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- ATTORNEYS FOR PLAINTIFF: Aaron E. De Leest adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- ATTORNEYS FOR PLAINTIFF: Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com
- ATTORNEYS FOR PLAINTIFF: D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- INTERESTED PARTY: Brandon J. Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- PLAINTIFF: Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) **July 31, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 31, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 31, 2026 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. <u>SERVED BY UNITED STATES MAIL</u>**: Continued

**Defendant**
Oathkeeper, Inc.
Attn: General Counsel, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process
500 E. Del Mar Blvd #16
Pasadena, CA 91101

**Defendant**
Oathkeeper, Inc.
c/o Gary Depew, CEO and Agent for Service or General Counsel, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process
2431 NE 20th Ave
Lighthouse Point, FL 33064-7727

**Defendant**
Oathkeeper, Inc.
c/o Gary Depew, CEO and Agent for Service or General Counsel, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process
500 E. Del Mar Blvd #16
Pasadena, CA 91101